JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard – #195
Las Vegas, NV  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IVONNE LEAVELL, an individual; DAVID LEAVELL, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> SMITH'S FOOD AND DRUG CENTERS, INC., a foreign corporation; JOHN DOE I, an individual and employee of SMITH'S FOOD AND DRUG CENTERS, INC.,  DOES II – X; inclusive and ROE ENTITIES I – X, inclusive; <br><br> Defendants. | Case No. 2:20-cv-01541-APG-VCF <br><br> **STIPULATION TO EXTEND DATE FOR FILING THE JOINT PRE-TRIAL ORDER** <br><br> **(FIRST REQUEST)** |

WHEREAS, counsel for the parties have begun drafting a Joint Pre-Trial Order but due to Plaintiffs' attorney having serious family issues and counsel for Defendant being out of town for the remainder of this week, counsel require additional time to complete the  Joint Pre-Trial Order.

IT IS HEREBY STIPULATED by and between Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its counsel JERRY S. BUSBY, ESQ., of  the law firm COOPER LEVENSON, P.A., and Plaintiffs YVONNE LEAVELL AND DAVID LEAVELL, by and through

/ / /

/ / /

/ / /

/ / /

CLAC 6890837.1

their attorney GUS W.FLANGAS, ESQ. of the FLANGAS LAW GROUP, that the date for filing the Joint Pre Trial Order be extended from April 11, 2022 until April 25, 2022.

      Respectfully submitted this 11th day of April, 2022.

| FLANGAS LAW GROUP | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Gus W. Flangas | /s/ Jerry S. Busby |
| GUS W. FLANGAS, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 004989 | Nevada Bar No.001107 |
| 3275 South Jones Boulevard - #105 | 3016 West Charleston Boulevard - #195 |
| Las Vegas, Nevada 89146 | Las Vegas, Nevada 89102 |
| (702) 971-2254 | (702) 366-1125 |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| IVONNE and DAVID LEAVELL | SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  4-12-2022

2

CLAC 6890837.1