JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard – #195
Las Vegas, NV  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IVONNE LEAVELL, an individual; DAVID LEAVELL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., a foreign corporation; JOHN DOE I, an individual and employee of SMITH'S FOOD AND DRUG CENTERS, INC.,  DOES II – X; inclusive and ROE ENTITIES I – X, inclusive;<br><br>Defendants. | Case No. 2:20-cv-01541-APG-VCF<br><br>**STIPULATION FOR DISMISSAL WITH <u>PREJUDICE</u>** |

WHEREAS, all parties and their counsel of record participated in a settlement conference on August 10, 2022 which resulted in the parties agreeing to a full and final settlement of any and all claims in this case;

IT IS HEREBY STIPULATED AND AGREED by and between GUS W. FLANGAS, ESQ., of the FLANGAS LAW GROUP, Attorneys for Plaintiffs IVONNE LEAVELL and DAVID LEAVELL, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that:

/ / /

/ / /

/ / /

CLAC 7081483.1

1. Any and all claims herein against Defendant shall be dismissed with prejudice, each party to bear their own fees and costs; and

2. That any remaining hearings, trial dates or other deadlines be vacated.

| DATED this 29th day of August, 2022. | DATED this 29th day of August, 2022. |
|---|---|
| Flangas Law Group | Cooper Levenson, P.A. |
| /s/ Gus W. Flangas<br>Gus W. Flangas, Esq.<br>Nevada Bar No. 4989<br>3275 South Jones Blvd., Suite 105<br>Las Vegas, Nevada 89146<br>Attorneys for Plaintiffs | /s/ Jerry S. Busby<br>Jerry S. Busby, Esq.<br>Nevada Bar No. 1107<br>Andre T. Marques, Esq.<br>Nevada Bar No. 14737<br>3016 West Charleston Boulevard, Suite 195<br>Las Vegas, Nevada 89102<br>Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 30, 2022

2

CLAC 7081483.1